# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| ULRICH ROMARIC KOCOU FIOSSI § | |
| § | |
| v. § | CIVIL ACTION NO. 3:25-CV-1261-S-BK |
| § | |
| NATIONAL SECURITY AGENCY, et al. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Defendants' Motion to Dismiss [ECF No. 8] is **GRANTED**. Additionally, Plaintiff's Amended Motion for Default Judgment [ECF No. 6] and Motion for Review of Clerk's Action and Memorandum in Support to Enter Default [ECF No. 23] are **DENIED** as moot. By separate judgment, this action will be **DISMISSED** without prejudice for lack of subject-matter jurisdiction.

**SO ORDERED.**

SIGNED December 15, 2025.

_____
**UNITED STATES DISTRICT JUDGE**